IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Trella, Robert J | Case Number: 05 B 10874 |
|---|---|---|
| | Trella, Michele L | Judge: Wedoff, Eugene R |
| | Printed: 5/6/08 | Filed: 3/24/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: April 30, 2008
Confirmed: May 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 46,764.00 | |
| Secured: | | 10,789.13 |
| Unsecured: | | 31,085.56 |
| Priority: | | 0.00 |
| Administrative: | | 2,594.00 |
| Trustee Fee: | | 2,295.31 |
| Other Funds: | | 0.00 |
| Totals: | 46,764.00 | 46,764.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,594.00 | 2,594.00 |
| 2. | Fifth Third Bank | Secured | 10,289.13 | 10,289.13 |
| 3. | Value City | Secured | 500.00 | 500.00 |
| 4. | ECast Settlement Corp | Unsecured | 165.64 | 265.37 |
| 5. | Fifth Third Bank | Unsecured | 2,331.63 | 3,738.95 |
| 6. | Juniper Bank | Unsecured | 37.67 | 60.41 |
| 7. | ECast Settlement Corp | Unsecured | 5,696.17 | 9,134.25 |
| 8. | ECast Settlement Corp | Unsecured | 328.65 | 527.01 |
| 9. | Fifth Third Bank | Unsecured | 1,107.62 | 1,776.16 |
| 10. | Resurgent Capital Services | Unsecured | 315.14 | 505.36 |
| 11. | Household Bank (SB) N A | Unsecured | 682.82 | 1,094.96 |
| 12. | ECast Settlement Corp | Unsecured | 8,719.94 | 13,983.09 |
| 13. | Community America Credit Union | Secured | | No Claim Filed |
| 14. | Community America Credit Union | Secured | | No Claim Filed |
| 15. | E Trade Financial | Unsecured | | No Claim Filed |
| 16. | Bank Of America | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Bank One | Unsecured | | No Claim Filed |
| 19. | Sams Club | Unsecured | | No Claim Filed |
| 20. | Endodontic & Periodontic Assoc | Unsecured | | No Claim Filed |
| 21. | Christ Hospital | Unsecured | | No Claim Filed |
| 22. | Universal Bank | Unsecured | | No Claim Filed |
| 23. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 24. | Household Bank FSB | Unsecured | | No Claim Filed |
| 25. | Home Depot | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Trella, Robert J | Case Number: 05 B 10874 |
|---|---|---|
| | Trella, Michele L | Judge: Wedoff, Eugene R |
| | Printed: 5/6/08 | Filed: 3/24/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Fleet Credit Card Service | Unsecured | | No Claim Filed |
| 27. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 28. | CB USA | Unsecured | | No Claim Filed |

$ 32,768.41      $ 44,468.69

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 222.96 |
| 5.5% | 643.50 |
| 5% | 210.00 |
| 4.8% | 373.90 |
| 5.4% | 843.63 |
| 6.5% | 1.32 |
| | $ 2,295.31 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

